IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO.   13-5358 |
| MARK BROADNAX, individually and | : | |
| d/b/a CHE'S BAR & GRILL a/k/a | : | |
| CHENAX; CHENAX, INC. | : | |

### **ORDER**

    **AND NOW**, this *18th* day of *March*, 2015, upon consideration of Plaintiff J&J Sports Productions, Inc.'s Motion for Summary Judgment (Docket No. 10), the Response of Defendants Mark Broadnax, individually and doing business as Che's Bar & Grill a/k/a Chenex, and Chenax, Inc. (Docket No. 11), and Plaintiff's Reply Brief (Docket No. 14), it is hereby **ORDERED** that the Motion is **DENIED**.

    It is so **ORDERED**.

BY THE COURT:

  *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.